George A. Jackson#171250
Sussex Correctional Institution
P.O.Box 500
Georgetown, DE 19947

January 25, 2006

Clerk
United States District Court
Lockbox 18
844 North King Street
Wilmington, DE 19801

RE: James Wilson, et al v. Helen Lowman et al

Dear Clerk of Court:

I am an initial plaintiff in the above reference class action suit that was filed in this Court on or about January 25, 2006. I originally signed the the 1983 complaint without knowing all the facts to the action. Once I discovered additional facts I informed plaintiff James Wilson to removed my name from the action. Mr. Wilson advise me that he would. This letter is to confirmed my exclusion from the above-reference action as a plaintiff. My voluntary removal has no bearing on the merits of the action.

FILED
JAN 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

motion for vol. dismissal

- Per Nancy

DATED: 1/25/06

[signature]
...50
...stitution
Georgetown, DE 19947

I/M: George A. Jackson BLDG: Med
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1776 U.S. POSTAGE PB2230370
7900 $00.39⁰ JAN 26 06
4415 FROM ZIP CODE 19947

Clerk.
U.S. District Court
Lock/box/18
Wilmington, DE
19801

U.S.M.S.
X-RAY

19801/9999