Case Name: Wilson et al v. Lohman et al
Case Number   1:06-CV-53 KAJ
(KAJ)

Dear Sir,

I am writing the courts to inform you that I would please like to have my name removed from this pending ligation suit. I have spoken to Mr. Wilson about including my name. I ask if this information could please be cleared up soon as possible Sir.

yours truly
Kendall Guinn
Kendall Guinn
162890

February 15, 2006



I/M: Kendall Gwinn  BLDG: Merit-West
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

To: Clerk Peter T. Dalleo
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801