George Jackson #171250
S.C.I
P.O. Box 500
Georgetown, DE

February 14, 2006

Honorable Kent A. Jordon
U.S. District Court
844 N. King Street
Wilmington, DE 19801

RE: <u>Wilson et al v. Lohman et al</u>
C.A. No. 1:06-CV-53

Dear Court:

This is my "second" letter Requesting my name to be Remove from the Above-Reference case. I previously written the Court About this matter, but I Receive legal documents as an Plaintiff. My name is signed on the Compl: and the attached sheet (names), I do not want to be a plaintiff in this matter. Thank you.

George Jackson
George Jackson
S.C.I

I/M: George Jackson BLDG: Merit
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Honorable Kent A. Jordon
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801