IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, GEORGE JACKSON, DEDRICK CHASE, NATHANIEL BULL, COMARR HADLEY, KENDALL GUINN, ANTONIO BROWN, JAMES ELEY, SMAUEL McGLATTON, WILLIAM H. HOLLOMAN, JR., GILBERT WILLIAMS, JR., JEROME GREEN, JOSE SERPA, WILLIAM COLEMAN, MARVIN SMITH, LAWRENCE KING, WILLIAM LOPER, DeSHAWN TATMAN, JEREMY WILLIAMS, CHARLES HITCHENS, JEREMIE HANDY, JEREL CUSTIN, ROBERT SCOTT, FRED NEWSOME, and LAWRENCE COLLOHAN, | |
| Plaintiffs, | Civil Action No. 06-53-KAJ |
| v. | |
| HELEN LOHMAN, SCOTT MORGAN, TOM CARVAN, JAY PLUMMER, and JOE FIELDS, | |
| Defendants. | |

### ORDER

The court, having considered plaintiff Kendall Guinn's request for withdrawal (D.I. 4) from the captioned action,

IT IS HEREBY ORDERED that plaintiff Kendall Guinn's request for withdrawal is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

February 21, 2006
Wilmington, Delaware