IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, GEORGE JACKSON, )
DEDRICK CHASE, NATHANIEL BULL, )
COMARR HADLEY, ANTONIO BROWN, )
JAMES ELEY, SMAUEL McGLATTON, )
WILLIAM H. HOLLOMAN, JR., GILBERT )
WILLIAMS, JR., JEROME GREEN, JOSE )
SERPA, WILLIAM COLEMAN, MARVIN )
SMITH, LAWRENCE KING, WILLIAM )
LOPER, DeSHAWN TATMAN, JEREMY )
WILLIAMS, CHARLES HITCHENS, )
JEREMIE HANDY, JEREL CUSTIN, )
ROBERT SCOTT, FRED NEWSOME, and )
LAWRENCE COLLOHAN, )
                                           )
            Plaintiffs, )
                                           )    Civil Action No. 06-53-KAJ
    v. )
                                           )
HELEN LOHMAN, SCOTT MORGAN, )
TOM CARVAN, JAY PLUMMER, and JOE )
FIELDS, )
                                           )
            Defendants. )

## ORDER

The court, having considered plaintiff George Jackson's request for withdrawal from the captioned action (D.I. 2),

IT IS HEREBY ORDERED that plaintiff George Jackson's request for withdrawal is GRANTED, and that Mr. Jackson's second request for withdrawal (D.I. 5) is dismissed as moot.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

February 21, 2006
Wilmington, Delaware