

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RECEIVED
FEB 22 2006
SCI MAILROOM

Robert Scott
SBI# 329704
SCI
P.O. Box 500
Georgetown, DE 19947

FILED
FEB 27 2006
U.S. DISTRICT COURT

A ☐ INSUFFICIENT ADDRESS
  ☑ ATTEMPTED NOT KNOWN
C ☑ NO SUCH NUMBER/STREET
  ☐ NOT DELIVERABLE AS ADDRESSED
S ☐ UNABLE TO FORWARD       ☐ OTHER

RTS RETURN TO SENDER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 FEB 21  PM 3: 52

| | |
|---|---|
| JAMES A. WILSON, GEORGE JACKSON, DEDRICK CHASE, NATHANIEL BULL, COMARR HADLEY, ANTONIO BROWN, JAMES ELEY, SMAUEL McGLATTON, WILLIAM H. HOLLOMAN, JR., GILBERT WILLIAMS, JR., JEROME GREEN, JOSE SERPA, WILLIAM COLEMAN, MARVIN SMITH, LAWRENCE KING, WILLIAM LOPER, DeSHAWN TATMAN, JEREMY WILLIAMS, CHARLES HITCHENS, JEREMIE HANDY, JEREL CUSTIN, ROBERT SCOTT, FRED NEWSOME, and LAWRENCE COLLOHAN, <br><br> Plaintiffs, <br><br> v. <br><br> HELEN LOHMAN, SCOTT MORGAN, TOM CARVAN, JAY PLUMMER, and JOE FIELDS, <br><br> Defendants. | Civil Action No. 06-53-KAJ |

### ORDER

The court, having considered plaintiff George Jackson's request for withdrawal from the captioned action (D.I. 2),

IT IS HEREBY ORDERED that plaintiff George Jackson's request for withdrawal is GRANTED, and that Mr. Jackson's second request for withdrawal (D.I. 5) is dismissed as moot.

UNITED STATES DISTRICT JUDGE

February 21, 2006
Wilmington, Delaware