Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

U.S. POSTAGE PB2230370
$00.390  FEB 23 06

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RTS RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD
☐ OTHER

RECEIVED
FEB 2 2 2006
SCI MAILROOM

Lawrence Collohan
SBI # 239679
SCI
P.O. Box 500
Georgetown, DE 19947

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 FEB 21  PM 1: 52

| | | |
|---|---|---|
| JAMES A. WILSON, GEORGE JACKSON, DEDRICK CHASE, NATHANIEL BULL, COMARR HADLEY, KENDALL GUINN, ANTONIO BROWN, JAMES ELEY, SMAUEL McGLATTON, WILLIAM H. HOLLOMAN, JR., GILBERT WILLIAMS, JR., JEROME GREEN, JOSE SERPA, WILLIAM COLEMAN, MARVIN SMITH, LAWRENCE KING, WILLIAM LOPER, DeSHAWN TATMAN, JEREMY WILLIAMS, CHARLES HITCHENS, JEREMIE HANDY, JEREL CUSTIN, ROBERT SCOTT, FRED NEWSOME, and LAWRENCE COLLOHAN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | Civil Action No. 06-53-KAJ |
| v. | ) ) ) | |
| HELEN LOHMAN, SCOTT MORGAN, TOM CARVAN, JAY PLUMMER, and JOE FIELDS, | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

The court, having considered plaintiff Kendall Guinn's request for withdrawal (D.I. 4) from the captioned action,

IT IS HEREBY ORDERED that plaintiff Kendall Guinn's request for withdrawal is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

February 21, 2006
Wilmington, Delaware