IN THE UNITED STATE DISTRICT OF COURT
FOR THE DISTRICT OF DELAWARE

PLAINTIFF

ANTONIO BROWN

V.

HELEN LOHMAN, SCOTT MORGAN,
TOM CARVAN, JAY PLUMMER, JOE
FIELDS,

DEFENDANTS.

Civil Action No. 06-53-KAJ

MOTION TO WITHDRAW



FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

comes now the plaintiff ANTONIO BROWN . pro-se in the above entitled cause and moves the court to enter its order granting an additional notice which is in connection with above civil action case .

1. Plaintiff commenced this litigation while incarcerated at sussex correctional Institution, in the State of Delaware.

2. plaintiff ask for litigation pending against above name defendants which he is documented as a plaintiff be withdrawn and excluded from any other matters pertaining to above civil action allegation.

3. plaintiff further states that allegation that was made for plaintiff to become a witness to forsaid case was a misunderstanding on behave of both parties and therefore see no need to persue any further.

WHEREFORE, for the forgoing reasons plaintiff respectfully prays an order of the court granting him a withdraw as a plaintiff be GRANTED and plaintiff request that he will be excluded from any further litigation pertaining to this matter becomes moot.

Dated: 2-24-06

*Antonio Brown*
PLAINTIFF PRO-SE

#156972

I/M: Antonio Brown   BLDG: M/W
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390
PB 2230370
FEB 27 06
19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm, DE 19901-3570

U.S.M.S.
X-RAY