Jeremy Williams 387201                    3-6-06

I Jeremy Williams 387201 Would Like to have my Name Taken of this List I dont want any part in it

Case # 1:06-CV-53(KAJ)
case Name    Wilson Et Al V. Zohnan

FILED
MAR 08 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE  RG
scanned

I/M: Jeremy Williams  BLDG: Key-C
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

United States District court
844 N. King St, Lock box 18
Wilmington DE 19801-3570