Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

James Eley
SBI # 347313
SCI
P.O. Box 500
Georgetown, I

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ OTHER

RECEIVED
MAR 03 2006

RTS
RETURN TO SENDER

IN THE UNITED STATE DISTRICT OF COURT
FOR THE DISTRICT OF DELAWARE

PLAINTIFF

v. William Lopez

HELEN LOHMAN, SCOTT MORGAN,
TOM CARVAN, JAY PLUMMER, JOE
FIELDS,

DEFENDANTS.

Civil Action No. 06-53-KAJ

MOTION TO WITHDRAW

FILED FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

comes now the plaintiff William Lopez . pro-se in the above entitled cause and moves the court to enter its order granting an additional notice which is in connection with above civil action case .

1. Plaintiff commenced this litigation while incarcerated at sussex correctional Institution, in the State of Delaware.

2. plaintiff ask for litigation pending against above name defendants which he is documented as a plaintiff be withdrawn and excluded from any other matters pertaining to above civil action allegation.

3. plaintiff further states that allegation that was made for plaintiff to become a witness to forsaid case was a misunderstanding on behave of both parties and therefore see no need to persue any further.

WHEREFORE, for the forgoing reasons plaintiff respectfully prays an order of the court granting him a withdraw as a plaintiff be GRANTED and plaintiff request that he will be excluded from any further litigation pertaining to this matter becomes moot.

SO ORDERED, this 2nd day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

Dated:

_____
William Lopez
PLAINTIFF PRO-SE

⑬

IN THE UNITED STATE DISTRICT OF COURT
FOR THE DISTRICT OF DELAWARE

PLAINTIFF

Antonio Brown

V.

HELEN LOHMAN, SCOTT MORGAN,
TOM CARVAN, JAY PLUMMER, JOE
FIELDS,

DEFENDANTS.

Civil Action No. 06-53-KAJ

MOTION TO WITHDRAW

FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

comes now the plaintiff Antonio Brown . pro-se in the above entitled cause and moves the court to enter its order granting an additional notice which is in connection with above civil action case .

1. Plaintiff commenced this litigation while incarcerated at sussex correctional Institution, in the State of Delaware.

2. plaintiff ask for litigation pending against above name defendants which he is documented as a plaintiff be withdrawn and excluded from any other matters pertaining to above civil action allegation.

3. plaintiff further states that allegation that was made for plaintiff to become a witness to forsaid case was a misunderstanding on behave of both parties and therefore see no need to persue any further.

WHEREFORE, for the forgoing reasons plaintiff respectfully prays an order of the court granting him a withdraw as a plaintiff be GRANTED and plaintiff request that he will be excluded from any further litigation pertaining to this matter becomes moot.

SO ORDERED, this 2nd day of March, 2006

UNITED STATES DISTRICT JUDGE

Dated: 2-24-06

Antonio Brown
PLAINTIFF PRO-SE