



IN THE UNITED STATE DISTRICT OF COURT
FOR THE DISTRICT OF DELAWARE

PLAINTIFF

v. Jeremie Handy

HELEN LOHMAN, SCOTT MORGAN,
TOM CARVAN, JAY PLUMMER, JOE
FIELDS,

    DEFENDANTS.

Civil Action No. 06-53-KAJ

MOTION TO WITHDRAW



comes now the plaintiff __Jeremie Handy__ . pro-se in the above entitled cause and moves the court to enter its order granting an additional notice which is in connection with above civil action case .

1. Plaintiff commenced this litigation while incarcerated at sussex correctional Institution, in the State of Delaware.

2. plaintiff ask for litigation pending against above name defendants which he is documented as a plaintiff be withdrawn and excluded from any other matters pertaining to above civil action allegation.

3. plaintiff further states that allegation that was made for plaintiff to become a witness to forsaid case was a misunderstanding on behave of both parties and therefore see no need to persue any further.

WHEREFORE, for the forgoing reasons plaintiff respectfully prays an order of the court granting him a withdraw as a plaintiff be GRANTED and plaintiff request that he will be excluded from any further litigation pertaining to this matter becomes moot.

Dated: 2/23/06

_Jeremie Handy_
PLAINTIFF PRO-SE

SO ORDERED, this 8th day of March, 2006

_____
UNITED STATES DISTRICT JUDGE

(15)

Jeremy Williams   387201                                    3-6-06

I Jeremy Williams 387201 Would like to have my Name Taken of this List I dont want any part in it

Case # 1:06-CV-53(KAJ)
Case Name   Wilson Et Al v. Zohran

FILED
MAR 08 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG

Scanned

SO ORDERED, this 9th day of March, 20 06

_____
UNITED STATES DISTRICT JUDGE