Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
MAR 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Lawrence Collohan
SBI # 239679
SCI
P.O. Box 500
Georgetown, DE 19947

U.S. POSTAGE $00.390
MAR 13 06
FROM ZIP CODE 19947

RETURN TO SENDER
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☒ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD
☐ OTHER



IN THE UNITED STATE DISTRICT OF COURT
FOR THE DISTRICT OF DELAWARE

PLAINTIFF

v. Jeremie Handy

HELEN LOHMAN, SCOTT MORGAN,
TOM CARVAN, JAY PLUMMER, JOE
FIELDS,

DEFENDANTS.

Civil Action No. 06-53-KAJ

MOTION TO WITHDRAW



comes now the plaintiff _Jeremie Handy_ . pro-se in the above entitled cause and moves the court to enter its order granting an additional notice which is in connection with above civil action case .

1. Plaintiff commenced this litigation while incarcerated at sussex correctional Institution, in the State of Delaware.

2. plaintiff ask for litigation pending against above name defendants which he is documented as a plaintiff be withdrawn and excluded from any other matters pertaining to above civil action allegation.

3. plaintiff further states that allegation that was made for plaintiff to become a witness to forsaid case was a misunderstanding on behave of both parties and therefore see no need to persue any further.

WHEREFORE, for the forgoing reasons plaintiff respectfully prays an order of the court granting him a withdraw as a plaintiff be GRANTED and plaintiff request that he will be excluded from any further litigation pertaining to this matter becomes moot.

Dated: 2/23/06

_Jeremie Handy_
PLAINTIFF PRO-SE

SO ORDERED, this 8th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE

(15)

Jeremy Williams   387201                    3-6-06

I Jeremy Williams 387201 Would like to have my name taken of this list I dont want any part in it

Case # 1:06-CV-53(KAJ)
case name    Wilson Et Al V. Zohran

```
FILED
MAR 08 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG
```
scanned

SO ORDERED, this 9th day of March, 20 06.

_____
UNITED STATES DISTRICT JUDGE