


Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

06-53 (KAJ)

RECEIVED
MAR 2 0 2006
SCI MAILROOM

Robert Scott
SBI# 329704
SCI
P.O. Box 500
Georgetown,

RETURN TO SENDER
U.S.M.S.
RTS

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER

FILED
MAR 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAR 17  AM 11: 13

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, et al.,            )
                                    )
       Plaintiffs,                  )
                                    )
v.                                  ) Civ. No. 06-53-KAJ
                                    )
HELEN LOHMAN, SCOTT                 )
MORGAN, TOM CARVAN, JAY             )
PLUMMER, and JOE FIELDS,            )
                                    )
       Defendants.                  )

## ORDER

At Wilmington this 17th day of March, 2006, the Court having identified what appears to be a cognizable claim within the meaning of 28 U.S.C. § 1915A(b);

IT IS ORDERED that:

1. The Clerk of the Court shall cause a copy of this order to be mailed to the plaintiffs.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), the plaintiffs shall complete and return to the Clerk of the Court an **original** "U.S. Marshal-285" form for **each** defendant, as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c). **The plaintiffs have provided the Court with one copy of the complaint for service upon each defendant. The plaintiffs are notified that the United States Marshal will not serve the complaint until all "U.S. Marshal 285" forms have been received by the Clerk of the Court. Failure to provide the "U.S. Marshal 285" forms for each defendant and the attorney general within 120 days**