March 23, 06

06-53 (KAJ)

To whom it may concern:
My name is Comarr Hadley 335893. I am writting you cause I would like my name to be off this list. I do not want no parts of this so please remove my name thank you.

Sin,
Comarr Hadley

P.S. Attention to this manner is most appreciated!



FILED
MAR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M: Comar Hadley BLDG: Key-D 335843
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $00.390
PB 22230370
MAR 24 06
19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE. 19801-3570

U.S.M.S. X-RAY