IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL,

3/27/06    06-53 (JJF)

As-Salaam-Alaikum, which means peace be unto u.

Dear Clerk:

    Here are the Marshall Forms, the Civil Complaints is already there.

JAMES A. WILSON

*James A. Wilson* (signature)

FILED
MAR 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

I/M: JAMES A. WILSON    BLDG. MERIT/EAST
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILM, DE. 19801-3570

U.S.M.S. X-RAY