IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, ET, AL,       )
                                   )
      Plaintiff,          )   Civil No. 06-53-KAJ
                                   )
v.                            )
                                   )
HELEN LOHMAN, ET, AL,        )
                                   )
      Defendant.         )

MOTION FOR APPOINTMENT OF COUNSEL

Plaintiffs, Pursuant  to § 1915, requests this court to appoint counsel to represent them in
this case for the following reasons:

1. The Plaintiffs is unable to afford counsel.

2.The issues involved  in this case are complex.

3.The Plaintiffs has limited access to the law library.

4.The Plaintiffs has a limited knowledge of the law.



FILED

MAR 2 9 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

For the following reasons, plaintiffs ask that this court grant them  motion for appointment
of counsel.

Date: 3/24/06

By: James a. W____

James A. Wilson, et,al.
S.C.I.P.O. box 500

Georgetown, De. 19947

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, ET,AL | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No.: 06-53-KAJ |
| | ) |
| HELEN LOHMAN, ET,AL, | ) |
| | ) |
| Defendants. | ) |

AFFIDAVIT IN SUPPORT OF THE PLAINTIFFS MOTION FOR THE APPOINTMENT OF COUNSEL

Plaintiff, being duly sworn, deposes and says:

1. I am the plaintiff in the above entitled case and  Et, al, I make  this affidavit in support of my motion for the  appointment of cousel.

2. The  complaint in this case alleges that the plaintiffs  was denied their  fifth and four teeth amendments due process,along with  being deprived of property right in funds without due process of law.

3. The plaintiffs has demanded a jury trial.

4. The case will require discovery of document and depositions of a number of witnesses.

5. Inmantes that are involved in this case are housed in different buildings.

6. S.C.I. policy prohibits inmates from working on other inmates legal matter.

7. Plaintiffs has no ability to investigate the facts of the case for example by locating interviewing the inmates that has moved or went home.

8. As set forth in the Memorandum of law submitted with this motion, along with the legal merit of the plaintiffs' claims, support the appointment of counsel to represent the plaintiffs.

WHEREFORE, the plaintiffs motion for appoinment of counsel should be granted.

Dated: 3/24/06

James A. W.J.\p'm

James A. Wilson Et,al
S.C.I.P.O. Box 500
Georgetown, DE. 19947

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, ET, AL,                )
                                        )
          Plaintiffs,                   )
                                        )
v.                                      )
                                        )   CIVIL No. 06-53-KAJ
HELEN LOHMAN, ET, AL,                   )
                                        )
          Defendant.                    )
                                        )

NOTICE OF MOTION

TO: CARL DANBERG

   Carvel State Bldg

   820 N. French St. Wilm, DE. 19801

          Please take notice that the attached Motion for Appointment of Counsel will

          be presented  to this Honorable Court at the earliest convenience.

Dated: 3/24/06

By: _James A. Wilson_

James A. Wilson, et,al
P.O. Box 500 Georgetown, DE
S.C.I. 19947

I/M: JAMES A. WILSON     BLDG: MERIT/EAST
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S.
X-RAY

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

844 N. KING STREET, LOCKBOX 18

WILM, DE. 19801-3570