Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

06-53 (KAJ)

RECEIVED
MAR 29 2006
SCI MAILROOM

1856 U.S. POSTAGE
7942 $00.390 MAR 30 06
1818 FROM ZIP CODE 19947

Robert Scott
SBI# 329704
SCI
P.O. Box 500
Georgetown, DE

RECEIVED
APR - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

A
C
S

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

☐ OTHER




19801-3519 12

30

March 23, 06

06-53 (KAJ)

To whom it may concern:

My name is Comarr Hadley 335893. I am writting you cause I would like my name to be off this list. I do not want no parts of this so please remove my name thank you.

Sin,
Comarr Hadley

P.S. Attention to this manner is most appreciated!




BD scanned

I/M: Comarr Hadley BLDG: Key-D 335893
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington DE.
19801-3570

U.S. POSTAGE PB2230370
$00.390 MAR 24 06
FROM ZIP CODE 19947

U.S.M.S. X-RAY

SO ORDERED, this 28th day of March, 2006

UNITED STATES DISTRICT JUDGE