Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

06-53 (KAJ)

RECEIVED
MAR 29 2006
SCI MAILROOM

RECEIVED
APR - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD/Jeanne

Samuel McGlatton
SBI # 194316
P. Box 500
Georgetown, DE 19947

☐ INSUFFICIENT ADDRESS
☑ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
       - UNABLE TO FORWARD
☐ OTHER

RTS RETURN TO SENDER

U.S. POSTAGE $00.39
PB 22230370
MAR 30 06
19947

19801-3570 12

(30) March 23, 06

06-53 (KAJ)

To whom it may concern:
My name is Comarr Hadley 335893. I am writting you cause I would like my name to be off this list. I do not want no parts of this so please remove my name thank you.

Sin,
Comarr Hadley

P.S. Attention to this manner is most appreciated!

**FILED**
MAR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

---

I/M: Comarr Hadley     BLDG: Key-D
SUSSEX CORRECTIONAL INSTITUTION  335893
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington DE.
19801-3570

U.S.M.S.
X-RAY



U.S. POSTAGE $00.390
MAR 24 06

SO ORDERED, this 26th day of March, 2006.

[signature]
UNITED STATES DISTRICT JUDGE