

March 23, 06

30

06-53 (JJF)

To whom it may concern:
My name is Comarr Hadley 335843. I am writing you cause I would like my name to be off this list I do not want no parts of this so please remove my name thank you.

Sin, Comar Hadley

P.S. Attention to this manner is most appreciated!



FILED
MAR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
ISO scanned

I/M: Comarr Hadley BLDG: Key-D 335843
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington DE.
19801-3570

SO ORDERED, this 28 day of March, 20 06



UNITED STATES DISTRICT JUDGE