

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

OFFICIAL BUSINESS

RECEIVED
APR - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

B scanned

06-53 (KAJ)

SCI MAILROOM
RECEIVED
MAR 29 2006

Lawrence Collohan
SBI # 239679
SCI
P.O. Box 500
Georgetown, DE

☒ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER

RTS RETURN TO SENDER

(30) March 23, 06

06-53 (KAJ)

To whom it may concern:
My name is Comarr Hadley 335893. I am writting you cause I would like my name to be off this list. I do not want no parts of this so please remove my name thank you.

Sin,
Comarr Hadley

P.S. Attention to this manner is most appreciated!

**FILED**
MAR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M: Comarr Hadley   BLDG: Key-D
335893
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington DE.
19801-3570



SO ORDERED, this 16th day of March, 2006

_____
UNITED STATES DISTRICT JUDGE