IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 06-53-KAJ |
| ) | |
| HELEN LOHMAN, SCOTT ) | |
| MORGAN, TOM CARVAN, JAY ) | |
| PLUMMER, and JOE FIELDS, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington this 15th day of May, 2006;

The plaintiffs, inmates at the Sussex Correctional Institute filed this civil rights action pursuant to 42 U.S.C. § 1983. They appear *pro se,* and have paid the filing fee.

Now before the Court is plaintiffs' motion for appointment of counsel. (D.I. 32.) Plaintiffs were advised by this Court in its March 17, 2006, order that motions for appointment of counsel filed prior to service would be dismissed without prejudice with leave to refile following service. (D.I. 24.) To date, service has not been effected upon the defendants. Accordingly, the motion is premature.

The court notes that the motion for appointment of counsel is filed on behalf of all the plaintiffs, but is signed only by plaintiff James A. Wilson. Pleadings filed on behalf of all the plaintiffs **must** be signed by all the plaintiffs. The plaintiffs are forewarned that future pleadings filed on behalf of all the plaintiffs and that are not signed by all the plaintiffs will be **STRICKEN**.

THEREFORE, IT IS ORDERED that the plaintiffs' motion for appointment of

counsel (D.I. 32) is **DENIED** **without** **prejudice** with leave to refile following service.

_____
UNITED STATES DISTRICT JUDGE