OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 16, 2006

TO: James A. Wilson
SBI #163663
SCI
P.O. Box 500
Georgetown, DE 19947

**RE: U.S. Marshal 285 Forms**
*Civil Action #06-53(KAJ)*

Dear Mr. Wilson:

In order to serve your complaint the Court requires that you submit USM 285 forms for each of the defendants listed in the service order dated 3/17/06. Enclosed please find USM 285 forms for you to complete and return to the Clerk's Office.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
    Pro Se Law Clerk
enc: USM 285 forms

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 16, 2006

TO: James A. Wilson
    SBI #163663
    SCI
    P.O. Box 500
    Georgetown, DE 19947

**RE:  U.S. Marshal 285 Forms**
      *Civil Action #06-53(KAJ)*

Dear Mr. Wilson:

   In order to serve your complaint the Court requires that you submit USM 285 forms for each of the defendants listed in the service order dated 3/17/06. Enclosed please find USM 285 forms for you to complete and return to the Clerk's Office.

   Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,


/bad                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Kent A. Jordan
     Pro Se Law Clerk
enc: USM 285 forms

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 16, 2006

TO: James A. Wilson
    SBI #163663
    SCI
    P.O. Box 500
    Georgetown, DE 19947

**RE:  U.S. Marshal 285 Forms**
*Civil Action #06-53(KAJ)*

Dear Mr. Wilson:

In order to serve your complaint the Court requires that you submit USM 285 forms for each of the defendants listed in the service order dated 3/17/06. Enclosed please find USM 285 forms for you to complete and return to the Clerk's Office.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
    Pro Se Law Clerk
enc: USM 285 forms