Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RECEIVED

MAY 1 6 2006

SCI MAILROOM

Samuel McGlatton
SBI# 194316
SCI
P.O. Box 500
Georgetown,

S
C
A

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN          ☐ OTHER
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

RTS
RETURN TO SENDER

2006 MAY 19 PM 3:30

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

19801-3519-99 0012

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAY 15  AM 8: 53

JAMES A. WILSON, et al.,           )
                                   )
        Plaintiffs,                )
                                   )
v.                                 )  Civ. No. 06-53-KAJ
                                   )
HELEN LOHMAN, SCOTT                )
MORGAN, TOM CARVAN, JAY            )
PLUMMER, and JOE FIELDS,           )
                                   )
        Defendants.                )

## ORDER

At Wilmington this 15th day of May, 2006;

The plaintiffs, inmates at the Sussex Correctional Institute filed this civil rights

action pursuant to 42 U.S.C. § 1983.  They appear *pro se,* and have paid the filing fee.

Now before the Court is plaintiffs' motion for appointment of counsel.  (D.I. 32.)

Plaintiffs were advised by this Court in its March 17, 2006, order that motions for

appointment of counsel filed prior to service would be dismissed without prejudice with

leave to refile following service.  (D.I. 24.)  To date, service has not been effected upon

the defendants.  Accordingly, the motion is premature.

The court notes that the motion for appointment of counsel is filed on behalf of

all the plaintiffs, but is signed only by plaintiff James A. Wilson.  Pleadings filed on

behalf of all the plaintiffs **must** be signed by all the plaintiffs.   The plaintiffs are

forewarned that future pleadings filed on behalf of all the plaintiffs and that are not

signed by all the plaintiffs will be **STRICKEN**.

THEREFORE, IT IS ORDERED that the plaintiffs' motion for appointment of

counsel (D.I. 32) is **DENIED** **without** **prejudice** with leave to refile following service.

_____
UNITED STATES DISTRICT JUDGE