168185 Merit-East
Sussex Correctional Institution
P. O. Box 500
Georgetown, DE 19947

Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street 6th Floor
Wilmington, DE 19801

RE: Removal from Civil Action

June 8, 2006



FILED
JUN 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ms. Barchi:

    My name Dedrick Chase, I'm an inmate at the Sussex Correctional Institution and currently a plaintiff in Civ. No. 06-53-KAJ and C. A. No. 05-399-JJF.

    I'm writing at this time to inform you as the state's attorney that I no longer wish to be a plaintiff in the above named civil actions and would like for my name to be removed as a plaintiff.

DONNA FUHRMAN 6/8/06
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires September 4, 2007

Sincerely
Dedrick Chase
SBI 168185

Dedrick Chase
SBI#168185

CC: Clerk United States District Court
    File

I/M: Diadrick Chase  BLDG: Merit-East
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

```
#10½     U.S.POSTAGE   PB 2230370
1686     $00.390       JUN 12 06
7964     [ZIP CODE]    19947
0413
```

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570