## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-053-KAJ |
| | ) | |
| HELEN LOHMAN, SCOTT MORGAN, | ) | |
| TOM CARVAN, JAY PLUMMER | ) | |
| and JOE FIELDS | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi on behalf of Defendants Helen Lohman, Scott Morgan, Tom Carvan, Jay Plummer and Joe Fields. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Lisa Barchi
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        lisa.barchi@state.de.us

Dated: June 19, 2006

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 19, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF.  I hereby certify that on June 19, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants: James Wilson, Nathaniel Bull, James Eley, Samuel McGlatton, William Holloman, Gilbert Williams, Jerome Green, Jose Serpa, Wiliam Coleman, Marvin Smith, Lawrence King, DeShawn Tatman, Charles Hitchens, Jerel Custin, Robert Scott, Fred Newsome and Lawrence Collohan.

            /s/ Lisa Barchi
            Deputy Attorney General
            Department of Justice
            820 N. French Street, 6th Floor
            Wilmington, DE 19801
            (302) 577-8400
            lisa.barchi@state.de.us