Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

06cv53 KAT

FILED
JUN 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RECEIVED
JUN 19 2006
SCI MAILROOM

Scanned

U.S. POSTAGE $00.390
PB 2230370
JUN 20 06
19947

RETURN TO SENDER — RTS

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER

Marvin Smith
SBI # 480584
SCI
P.O. Box 500
Georgetown, DE

168185 Merit-East
Sussex Correctional Institution
P. O. Box 500
Georgetown, DE 19947

Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street 6th Floor
Wilmington, DE 19801

RE: Removal from Civil Action

June 8, 2006



Ms. Barchi:

    My name Dedrick Chase, I'm an inmate at the Sussex Correctional Institution and currently a plaintiff in Civ. No. 06-53-KAJ and C. A. No. 05-399-JJF.

    I'm writing at this time to inform you as the state's attorney that I no longer wish to be a plaintiff in the above named civil actions and would like for my name to be removed as a plaintiff.

DONNA FUHRMAN 6/8/06
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires September 4, 2007

Sincerely
Dedrick Chase
SBI 168185

Dedrick Chase
SBI#168185

CC: Clerk United States District Court
    File

So Ordered,
Kent A. Jordan
U.S.D.J.
6/15/06