

(51)

168185 Merit-East
Sussex Correctional Institution
P. O. Box 500
Georgetown, DE 19947

Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street 6th Floor
Wilmington, DE 19801

RE: Removal from Civil Action

June 8, 2006



Ms. Barchi:

    My name Dedrick Chase, I'm an inmate at the Sussex Correctional Institution and currently a plaintiff in Civ. No. 06-53-KAJ and C. A. No. 05-399-JJF.

    I'm writing at this time to inform you as the state's attorney that I no longer wish to be a plaintiff in the above named civil actions and would like for my name to be removed as a plaintiff.

*Donna Fuhrman* 6/8/06
DONNA FUHRMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires September 4, 2007

Sincerely
*Dedrick Chase*
SBI 168185

Dedrick Chase
SBI#168185

CC: Clerk United States District Court
    File

So Ordered,
*Kent A. Jordan*
U.S.D.J.
6/15/06