IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 06-53-KAJ |
| | ) |
| HELEN LOHMAN, SCOTT | ) |
| MORGAN, TOM CARVAN, JAY | ) |
| PLUMMER, and JOE FIELDS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiffs filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, orders mailed to plaintiffs were returned as undeliverable to several plaintiffs on the following dates as listed below:

| | | |
|---|---|---|
| Nathaniel Bull | March 9, 2006 | D.I. 17 |
| Lawrence Collohan | February 27, 2006 | D.I. 11 |
| | March 8, 2006 | D.I. 16 |
| | March 15, 2006 | D.I. 23 |
| | March 24, 2006 | D.I. 26 |
| | April 4, 2006 | D.I. 36 |
| | May 19, 2006 | D.I. 42 |
| James Eley | March 9, 2006 | D.I. 18 |
| Charles Hitchens | May 19, 2006 | D.I. 41 |
| William H. Holloman, Jr. | March 9, 2006 | D.I. 20 |
| Lawrence King | March 15, 2006 | D.I. 22 |
| | March 24, 2006 | D.I. 28 |
| | April 4, 2006 | D.I. 35 |
| | May 19, 2006 | D.I. 40 |

| | | |
|---|---|---|
| Samuel McGlatton | March 24, 2006 | D.I. 27 |
| | April 4, 2006 | D.I. 34 |
| | May 19, 2006 | D.I. 39 |
| Robert Scott | February 27, 2006 | D.I. 10 |
| | March 9, 2006 | D.I. 19 |
| | March 15, 2006 | D.I. 21 |
| | March 24, 2006 | D.I. 29 |
| | April 4, 2006 | D.I. 33 |

WHEREAS, the above listed plaintiffs apparently have either been released from custody or transferred to a different institution, and have failed to inform the court of their new addresses;

WHEREAS, other plaintiffs have filed pleadings in this case, but the above listed plaintiffs have taken no action in this matter for a period of at least three months;

THEREFORE, IT IS ORDERED that, on or before **July 27, 2006**, the above listed plaintiffs shall show cause why they should not be dismissed from the case for failure to inform the court of their current address and for failure to take any action in the case.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

DATED: 6/27/06