Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

19801-3519-99  0012

Marvin Smith
SBI # 480584
SCI
P.O. Box 500
Georgetown, DE

POSTAGE DUE

SCI MAILROOM

RECEIVED
JUN 2 8 2006

US POSTAGE
$00.370
PB2230370

FILED

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD                ☐ OTHER

RTS
RETURN TO SENDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, et al.,    )
                         )
       Plaintiffs,     )
                         )
     v.             )  Civ. No. 06-53-KAJ
                         )
HELEN LOHMAN, SCOTT    )
MORGAN, TOM CARVAN, JAY  )
PLUMMER, and JOE FIELDS,  )
                         )
     Defendants.    )

**ORDER**

WHEREAS, the plaintiffs filed a civil rights action pursuant to 42 U.S.C. § 1983

without prepayment of the filing fee;

WHEREAS, orders mailed to plaintiffs were returned as undeliverable to several

plaintiffs on the following dates as listed below:

| | | |
|---|---|---|
| Nathaniel Bull | March 9, 2006 | D.I. 17 |
| Lawrence Collohan | February 27, 2006 | D.I. 11 |
| | March 8, 2006 | D.I. 16 |
| | March 15, 2006 | D.I. 23 |
| | March 24, 2006 | D.I. 26 |
| | April 4, 2006 | D.I. 36 |
| | May 19, 2006 | D.I. 42 |
| James Eley | March 9, 2006 | D.I. 18 |
| Charles Hitchens | May 19, 2006 | D.I. 41 |
| William H. Holloman, Jr. | March 9, 2006 | D.I. 20 |
| Lawrence King | March 15, 2006 | D.I. 22 |
| | March 24, 2006 | D.I. 28 |
| | April 4, 2006 | D.I. 35 |
| | May 19, 2006 | D.I. 40 |

| Samuel McGlatton | March 24, 2006 | D.I. 27 |
| | April 4, 2006 | D.I. 34 |
| | May 19, 2006 | D.I. 39 |
| | | |
| Robert Scott | February 27, 2006 | D.I. 10 |
| | March 9, 2006 | D.I. 19 |
| | March 15, 2006 | D.I. 21 |
| | March 24, 2006 | D.I. 29 |
| | April 4, 2006 | D.I. 33 |

WHEREAS, the above listed plaintiffs apparently have either been released from custody or transferred to a different institution, and have failed to inform the court of their new addresses;

WHEREAS, other plaintiffs have filed pleadings in this case, but the above listed plaintiffs have taken no action in this matter for a period of at least three months;

THEREFORE, IT IS ORDERED that, on or before **July 27, 2006**, the above listed plaintiffs shall show cause why they should not be dismissed from the case for failure to inform the court of their current address and for failure to take any action in the case.

UNITED STATES DISTRICT JUDGE

DATED: 6/27/06

2