Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

POSTAGE DUE

Samuel McGlatton
SBI# 194316
SCI
P.O. Box 500
Georgetown, DE

RECEIVED JUN 2 8 2006 SCI MAILROOM

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

RTS — RETURN TO SENDER

06cv53JJF

FILED JUL 03 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUN 27 AM 10: 53

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civ. No. 06-53-KAJ |
| HELEN LOHMAN, SCOTT MORGAN, TOM CARVAN, JAY PLUMMER, and JOE FIELDS, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, the plaintiffs filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, orders mailed to plaintiffs were returned as undeliverable to several plaintiffs on the following dates as listed below:

| | | |
|---|---|---|
| Nathaniel Bull | March 9, 2006 | D.I. 17 |
| Lawrence Collohan | February 27, 2006 | D.I. 11 |
| | March 8, 2006 | D.I. 16 |
| | March 15, 2006 | D.I. 23 |
| | March 24, 2006 | D.I. 26 |
| | April 4, 2006 | D.I. 36 |
| | May 19, 2006 | D.I. 42 |
| James Eley | March 9, 2006 | D.I. 18 |
| Charles Hitchens | May 19, 2006 | D.I. 41 |
| William H. Holloman, Jr. | March 9, 2006 | D.I. 20 |
| Lawrence King | March 15, 2006 | D.I. 22 |
| | March 24, 2006 | D.I. 28 |
| | April 4, 2006 | D.I. 35 |
| | May 19, 2006 | D.I. 40 |

| | | |
|---|---|---|
| Samuel McGlatton | March 24, 2006 | D.I. 27 |
| | April 4, 2006 | D.I. 34 |
| | May 19, 2006 | D.I. 39 |
| Robert Scott | February 27, 2006 | D.I. 10 |
| | March 9, 2006 | D.I. 19 |
| | March 15, 2006 | D.I. 21 |
| | March 24, 2006 | D.I. 29 |
| | April 4, 2006 | D.I. 33 |

WHEREAS, the above listed plaintiffs apparently have either been released from custody or transferred to a different institution, and have failed to inform the court of their new addresses;

WHEREAS, other plaintiffs have filed pleadings in this case, but the above listed plaintiffs have taken no action in this matter for a period of at least three months;

THEREFORE, IT IS ORDERED that, on or before **July 27, 2006**, the above listed plaintiffs shall show cause why they should not be dismissed from the case for failure to inform the court of their current address and for failure to take any action in the case.

_____
UNITED STATES DISTRICT JUDGE

DATED: 6/27/06

2