HOWARD R. YOUNG
CORRECTIONAL INSTITUTION
P.O. BOX 9279
WILMINGTON, DELAWARE 19809

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

06cv53KAJ

2006 JUL -7 PM 3:02

FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WILMINGTON DE 197
06 JUL 2006
$00.390
MAILED FROM ZIP CODE 19802
JUL 05 2006

Office of the Clerk
United States District Court
844 N. King St Lockbox 18
Wilm, DE 19801-3570



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUN 27  AM 10: 53

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-53-KAJ |
| | ) | |
| HELEN LOHMAN, SCOTT MORGAN, TOM CARVAN, JAY PLUMMER, and JOE FIELDS, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, the plaintiffs filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, orders mailed to plaintiffs were returned as undeliverable to several plaintiffs on the following dates as listed below:

| | | |
|---|---|---|
| Nathaniel Bull | March 9, 2006 | D.I. 17 |
| Lawrence Collohan | February 27, 2006 | D.I. 11 |
| | March 8, 2006 | D.I. 16 |
| | March 15, 2006 | D.I. 23 |
| | March 24, 2006 | D.I. 26 |
| | April 4, 2006 | D.I. 36 |
| | May 19, 2006 | D.I. 42 |
| James Eley | March 9, 2006 | D.I. 18 |
| Charles Hitchens | May 19, 2006 | D.I. 41 |
| William H. Holloman, Jr. | March 9, 2006 | D.I. 20 |
| Lawrence King | March 15, 2006 | D.I. 22 |
| | March 24, 2006 | D.I. 28 |
| | April 4, 2006 | D.I. 35 |
| | May 19, 2006 | D.I. 40 |

| | | |
|---|---|---|
| Samuel McGlatton | March 24, 2006 | D.I. 27 |
| | April 4, 2006 | D.I. 34 |
| | May 19, 2006 | D.I. 39 |
| Robert Scott | February 27, 2006 | D.I. 10 |
| | March 9, 2006 | D.I. 19 |
| | March 15, 2006 | D.I. 21 |
| | March 24, 2006 | D.I. 29 |
| | April 4, 2006 | D.I. 33 |

WHEREAS, the above listed plaintiffs apparently have either been released from custody or transferred to a different institution, and have failed to inform the court of their new addresses;

WHEREAS, other plaintiffs have filed pleadings in this case, but the above listed plaintiffs have taken no action in this matter for a period of at least three months;

THEREFORE, IT IS ORDERED that, on or before **July 27, 2006**, the above listed plaintiffs shall show cause why they should not be dismissed from the case for failure to inform the court of their current address and for failure to take any action in the case.

UNITED STATES DISTRICT JUDGE

DATED: 6/27/06

2