1191 Paddock Road
Smyrna, DE 19977
July 3, 2006

Chief Marshal
U.S. Marshal Service
844 N. King Street
Wilmington, DE 19801

Re: Saunders v. Howard, et al.
   Civ. No. 05-102-KAJ
   Defendant Jane Morgan

Dear Sir or Madam:

With additional provided last month, have you been able to serve defendant Jane Morgan.

If served advise of date.

Sincerely,
Shamsidin Ali, 052590
a/k/a Robert Saunders

xc: Clerk of the Court
    File

FILED
JUL -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Shamsidiu Ali
I/M c/o Robert Saunders
SBI# 002590    UNIT S
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 JUL 2006 PM 2 T



Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE
19801

Legal Mail

19801+3513

Legal Mail