IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 06-53-KAJ |
| | ) |
| HELEN LOHMAN, SCOTT MORGAN, TOM CARVAN, JAY PLUMMER, and JOE FIELDS, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, ON June 27, 2006, the Court entered an order for plaintiffs Nathaniel Bull, Lawrence Collohan, James Eley, Charles Hitchens, William H. Holloman, Jr., Lawrence King, Samuel McGlatton, and Robert Scott to show cause why they should not be dismissed for failure to notify the court of their current addresses and for failure to take any action in this matter for a period of at least three months (D.I. 57);   WHEREAS, plaintiffs Nathaniel Bull, Lawrence Collohan, James Eley, Charles Hitchens, William H. Holloman, Jr., Lawrence King, Samuel McGlatton, and Robert Scott did not respond to the Court's show cause order;

THEREFORE, at Wilmington this 18th day of July, 2006, IT IS HEREBY ORDERED that the plaintiffs Nathaniel Bull, Lawrence Collohan, James Eley, Charles Hitchens, William H. Holloman, Jr., Lawrence King, Samuel McGlatton, and Robert Scott are dismissed without prejudice as parties pursuant to D. Del. L.R. 41.1 (1995)

and for failure to respond to the court's show cause order.

_____
UNITED STATES DISTRICT JUDGE