IN THE NAME OF ALLAH, THE BENEFICENT, THE MERCIFUL,

As-Salaam-Alaikum           7/16/06
(Peace be unto you)

Dear Clerk:

The information that I sent is not a "NEW Complaint". It is a Motion to Amend Civ. NO. 06-53-KAJ

Please file this Motion with the Court for ME, also, I would like to if the Defendants in this case was served by the U.S. Marshal

Thank very much
James Wilson



FILED
JUL 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RG
SCANNED

I/M James Wilson
SBI# 163663    UNIT V-C-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
17 JUL 2006 PM 2 T

Office of The Clerk
U.S. District Court
844 N. King st Lockbox 18
Wilm, DE. 19801-3570