IN THE United States District Court
for the District of Delaware

James A. Wilson, et al.
    Plaintiffs,

v.

Helen Lohman, Scott
Morgan, Tom Carvan,
Jay Plummer, and
Joe Fields,
    Defendants.

Civ. No. 06-53-KAJ

RECEIVED
JUL 11 2006
U.S. DISTRICT COURT
DISTRICT OF DEL

scanned

## Motion to Amend

Now come Plaintiff, James A. Wilson Request this Honorable Court to grant his motion to Amend.

1. Plaintiff was moved to D.C.C. in Retaliation for the civil complaints and grievances that he wrote and filed.

2. Plaintiff was in the merit building working as a tutor in the educational department and earning good-time and wages.

3. Plaintiff had no infractions within the institution to warrant classification to D.C.C.

4. Plaintiff was told by C/O Paoline (Karl) that the institution was trying to do him they did Rober Saunders (They moved inmate Saunders because he filed grievances)

5. Plaintiff is suffering damages in wages and good-time because his job was taking from him without due process.

6. Inmate Wilson should have not been moved because he expressed his 1st Amendment Right.

7. Plaintiff 1st Amendment Right was violated when the Institution moved Plaintiff for civil complaints and grievances

8. In the Plaintiff Prayer for Relief (Plaintiff ask that the court Order Restraining of the Defendants to prevent any physical, mental, direct or indirect harassment, treatment or unfair classifications, administrative move or illegal transfer of Plaintiff as a Result of the filing of this complaint.

9. Plaintiff wants additional damages for the violation of his 1st amendment and due process violation.

Wherefore, Plaintiff request this Honorable court grant him motion to Amend

Dated: 7/8/06

James Wilson
(C-building) R-6
D.C.C.
1181 Paddock Rd.
Smyrna, DE 19977