OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 19, 2006

James A. Wilson
SBI #163663
DCC
1181 Paddock Road
Smyrna, DE 19977

RE:   *Return of Document due to Lack of Proof of Service on all Local Counsel of Record.*
      Civ. No. 06-53-KAJ

Dear Mr. Wilson:

   Documents have been presented for filing in the above noted case which do not conform to one or more of the following: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

   In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service.

   A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

   Your corrected filing, (original and one copy) to include a certificate of service, should be sent to this office for processing.

                              Sincerely,

                              PETER T. DALLEO
                              CLERK

/rpg

Enclosure: Docket Sheet

cc:  The Honorable Kent A. Jordan; Civ. No. 06-53-KAJ
     alpha