Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Marvin Smith
SBI # 480584
SCI
P.O. Box 500
Georgetown, DE 1

06cv53RAG

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JUL 24 PM 3:39

RECEIVED
JUL 19 2006
SCI MAILROOM

U.S. POSTAGE
PB2230370
$00.390
JUL 20 06
19947
1516
7975
0787

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER/ STREET
NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
OTHER

RETURN TO SENDER
RTS
U.S.M.S.
X-RAY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, et al.,    )
                              )
       Plaintiffs,     )
                              )
     v.             ) Civ. No. 06-53-KAJ
                              )
HELEN LOHMAN, SCOTT    )
MORGAN, TOM CARVAN, JAY )
PLUMMER, and JOE FIELDS,   )
                              )
       Defendants.    )

## ORDER

WHEREAS, ON June 27, 2006, the Court entered an order for plaintiffs

Nathaniel Bull, Lawrence Collohan, James Eley, Charles Hitchens, William H.

Holloman, Jr., Lawrence King, Samuel McGlatton, and Robert Scott to show cause why

they should not be dismissed for failure to notify the court of their current addresses

and for failure to take any action in this matter for a period of at least three months (D.I.

57);    WHEREAS, plaintiffs Nathaniel Bull, Lawrence Collohan, James Eley, Charles

Hitchens, William H. Holloman, Jr., Lawrence King, Samuel McGlatton, and Robert

Scott did not respond to the Court's show cause order;

THEREFORE, at Wilmington this _18th_ day of July, 2006, IT IS HEREBY

ORDERED that the plaintiffs Nathaniel Bull, Lawrence Collohan, James Eley, Charles

Hitchens, William H. Holloman, Jr., Lawrence King, Samuel McGlatton, and Robert

Scott are dismissed without prejudice as parties pursuant to D. Del. L.R. 41.1 (1995)

and for failure to respond to the court's show cause order.

UNITED STATES DISTRICT JUDGE