# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-053-KAJ |
| | ) | |
| HELEN LOHMAN, SCOTT MORGAN, | ) | |
| TOM CARVAN, JAY PLUMMER | ) | |
| and JOE FIELDS | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO DISMISS/SUMMARY JUDGMENT PURSUANT TO RULES 12 (b)(1) AND 12(b)(6)  OF THE FEDERAL RULES OF CIVIL PROCEDURE

COME NOW, the defendants, Helen Lohman, Scott Morgan, Tom Carvan, Jay Plummer and Joe Fields, by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rules 12(b)(1), 12 (b)(6) and 56(c) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against Defendants.  In support of their motion to dismiss/summary judgment, Defendants have filed simultaneously herewith a memorandum of points and authorities demonstrating the requested relief.

WHEREFORE, Defendants respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi_____
Lisa Barchi  #3927
Deputy Attorney General
Carvel State Office Building
820 N.  French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barch@state.de.us

DATE:  July 31,  2006                                          Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, et al.,        )
                                )
                 Plaintiffs,    )
                                )
        v.                  )    C.A. No. 06-053-KAJ
                                )
HELEN LOHMAN, SCOTT MORGAN,  )
TOM CARVAN, JAY PLUMMER     )
and JOE FIELDS            )
                                )
                Defendants.  )

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2006, the Motion to Dismiss filed by Defendants in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and Plaintiff's Complaint is dismissed with prejudice.

_____
         J.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2006, I electronically filed *Defendants' Motion to Dismiss* with the Clerk of Court using CM/ECF.  I hereby certify that on July 31, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants: James Wilson, Gilbert Williams, Jerome Green, Jose Serpa, Wiliam Coleman, Marvin Smith,  DeShawn Tatman, Jerel Custin, and Fred Newsome.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**


/s/ Lisa Barchi_____
Lisa Barchi, I.D. # 3927
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us