In THE United States District Court
for the District of Delaware

James A. Wilson, et. al.
  Plaintiffs,

v.

Helen Lohman, et. al.
  Defendants

C.A. No. 06-053-KAJ

FILED
AUG 15 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiffs Response to Defendants Motion to Dismiss

1. Plaintiffs statement of claim is that Helen Lohman, et al, are misappropriately handling inmates Commissary fund and breaching their fiduciary duties when they give inmates commissary away to their officers and themselves.

2. Defendant Helen Lohman is using inmates commissary fund and is buying Law Library books, etc. See the Attached Commissary account to original complaint.

3. Inmates are paying video license, tables and chairs and office supply as well as postage machine, Type writer repair books. See Attached exhibits

4. Plaintiff can show that this is causing them injury. Plaintiffs are the beneficiary of this trust therefore, has a property interest and constitutional protection under the fifth and Fourteenth Amend.

5. Defendants are depriving inmates their property rights by fraudulent and illegal uses of inmate funds and breaches of fiduciary duty.

6. Inmates have a property interest on the interest of the inmate fund and the defendants are using this interest which does not benefit the whole of the inmate population.

7. Inmates has a state-created property interest in the Education and Recreation fund See e.g. O'Connell v. Southworth, 422 F. Supp. 182, 185 (D.R.I. 1976) Washington v. Reno 35 F.3d 1093 (6th Cir. 1994)

8. Commissary prices are raised to compensate for the officers eating of inmates proceeds this is personal injury, which all can be redressed upon Relief and Injunctions to cease those actions.

### Conclusion

For all the reasons stated above, Plaintiffs respectfully request that this Honorable Court enter an order denying Defendants motion to dismiss.

Date: August 13, 2006

James A. Wilson
JAMES A. WILSON
James A. Wilson
D.C.C. 1181 Paddock Rd
Smyrna, De. 19977

I Hereby declare that I sent the following response to defendant motion to dismiss to the following:

Lisa Barchi, I.D. # 3927
Deputy Attorney General
Department of Justice
820 N. French st. 6th fl.
Wilm, De. 19801

Office of the Clerk
U.S. District Court
844 N. King st, Lockbox 18
Wilm, De. 19801-3570

By placing in the U.S. mail on this 13 DAY of August, 2006

James A. Wilson



WILMINGTON DE 197
14 AUG 2006 PM 3 T

Office of the Clerk
U.S. District Court
844 N. King St, Lockbox 18
Wilm, De. 19801-3570

I/M James Wilson
SBI# 163663   UNIT V-building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977