IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>HELEN LOHMAN, SCOTT )<br>MORGAN, TOM CARVAN, JAY )<br>PLUMMER, and JOE FIELDS, )<br>)<br>    Defendants. ) | Civ. No. 06-53-KAJ |

**ORDER**

WHEREAS, plaintiffs, all prisoners incarcerated within institutions of the Delaware Department of Correction filed a complaint pursuant to 42 U.S.C. § 1983, and they proceed *pro se* (D.I. 1);

WHEREAS, defendants have been served and appeared in the case;

WHEREAS, on July 11, 2006, plaintiff James A. Wilson filed a motion to amend the complaint to add a retaliation count (D.I. 66);

WHEREAS, "[a]fter amending once or after an answer has been filed, the plaintiff may amend only with leave of the court or the written consent of the opposing party, but 'leave shall be freely given when justice so requires.'" *Shane v. Fauver*, 213 F.3d 113, 115 (3d Cir. 2000) (quoting Fed. R. Civ. P. 15(a))

THEREFORE, at Wilmington this 16th day of August, 2006, IT IS ORDERED that the motion to amend the complaint is GRANTED (D.I. 66) and the complaint is amended to add a claim of retaliation for exercising First Amendment rights.

UNITED STATES DISTRICT JUDGE