

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

RECEIVED
AUG 18 2006
SCI MAILROOM

06cv53RAJ

Marvin Smith
SBI # 480584
SCI
P.O. Box 500
Georgetown, DE 19947

RTS RETURN TO SENDER

☐ OTHER
A ☐ INSUFFICIENT ADDRESS
  ☒ ATTEMPTED NOT KNOWN
C ☒ NO SUCH NUMBER/STREET
  ☒ NOT DELIVERABLE AS ADDRESSED
S ☐ UNABLE TO FORWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. No. 06-53-KAJ |
| | ) |
| HELEN LOHMAN, SCOTT | ) |
| MORGAN, TOM CARVAN, JAY | ) |
| PLUMMER, and JOE FIELDS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, plaintiffs, all prisoners incarcerated within institutions of the Delaware Department of Correction filed a complaint pursuant to 42 U.S.C. § 1983, and they proceed *pro se* (D.I. 1);

WHEREAS, defendants have been served and appeared in the case;

WHEREAS, on July 11, 2006, plaintiff James A. Wilson filed a motion to amend the complaint to add a retaliation count (D.I. 66);

WHEREAS, "[a]fter amending once or after an answer has been filed, the plaintiff may amend only with leave of the court or the written consent of the opposing party, but 'leave shall be freely given when justice so requires.'" *Shane v. Fauver*, 213 F.3d 113, 115 (3d Cir. 2000) (quoting Fed. R. Civ. P. 15(a))

THEREFORE, at Wilmington this 16th day of August, 2006, IT IS ORDERED that the motion to amend the complaint is GRANTED (D.I. 66) and the complaint is amended to add a claim of retaliation for exercising First Amendment rights.

/s/ Kent Jordan
UNITED STATES DISTRICT JUDGE

2