In The United States District Court
for the District of Delaware

James A. Wilson, et. al
Plaintiffs

v.

Helene Lohman, et. al.

C.A. No. 06-053-KAJ

FILED
SEP 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiffs Response to defendant Response to Plaintiff Amendment to his Complaint

1. Patricia S. Ditto, states in her affidavit that plaintiff was moved from the merit building to the medium security building.

2. She does not state why plaintiff was moved, nor does she state if plaintiff had infractions that caused the move.

3. She does state that plaintiff had to leave his job as an educational assistance because he was moved.

4. Plaintiff amended his complaint because he believed that he was/is being retaliated against by defendants because he exercised his constitutional rights.

5. Mr. Ron Hosteman Affidavit should be Rejected because Plaintiff is not in Computer class earning good time.

6. If possible the court should charge him with perjury because he is the head of treatment and knows that I'm not in such classes.

7. Plaintiff is in the Greentree Program and is not working or earning good-time.

8. Plaintiff was moved from S.C.I. without any infractions because he exercise his Constitutional Rights, writing grievances and filing Law suits.

Wherefore, plaintiff should be granted the Claim for Retaliation and Ron Hosteman Affidavit should be dismissed for lying and fabrication.

9/26/06

James A. Wilson
D.C.C. 1181
Paddock Rd
Smyrna, De. 19977

I hereby certify that I sent the following "plaintiff's Response to defendant Response to plaintiff Amendment to his complaint" to the following entities:

Office of the Clerk
U.S. District Court
844 N. King St.
Lockbox 18
Wilm, De. 19801

Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French St.
6th Fl.
Wilm, De. 19801

by placing in the U.S. mail on this 27 day of September 2006

9/27/06

James Wilson
D.C.C.
1181 Paddock Rd
Smyrna, De. 19977



IM James Wilson
SBI# 163663    UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 SEP 2006 PM 1 L

Office of the Clerk
U.S. District Court
844 N. King St, Lockbox 18
Wilm, De 19801-3570