## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 06-053-KAJ |
| ) | |
| HELEN LOHMAN, SCOTT MORGAN, ) | |
| TOM CARVAN, JAY PLUMMER ) | |
| and JOE FIELDS ) | |
| ) | |
| Defendants. ) | |

### SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Stacey Xarhoulakos hereby enters her appearance in lieu of Deputy Attorney General Lisa Barchi as counsel for Defendants Helen Lohman, Scott Morgan, Tom Carvan, Jay Plummer and Joe Fields.

| | |
|---|---|
| STATE OF DELAWARE | STATE OF DELAWARE |
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| | |
| /s/ Lisa Barchi | /s/ Stacey Xarhoulakos |
| Lisa Barchi | Stacey Xarhoulakos |
| Deputy Attorney General | Deputy Attorney General |
| 820 N. French Street, 6th Floor | 820 N. French Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 577-8400 | (302) 577-8400 |
| lisa.barchi@state.de.us | stacey.xarhoulakos@state.de.us |

Date: October 30, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2006, I electronically filed *Substitution of Counsel* with the Clerk of Court using CM/ECF. I hereby certify that on October 30, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants: James Wilson, Gilbert Williams, Jerome Green, Jose Serpa, William Coleman, Marvin Smith, DeShawn Tatman, Jerel Custin, and Fred Newsome.

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us