IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, GILBERT WILLIAMS, JR., JEROME GREEN, JOSE SERPA, WILLIAM COLEMAN, MARVIN SMITH, DeSHAWN TATMAN, JEREL CUSTIN, and FRED NEWSOME, <br><br> Plaintiffs, <br><br> v. <br><br> HELEN LOHMAN, SCOTT MORGAN, TOM CARVAN, JAY PLUMMER, and JOE FIELDS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-53-KAJ ) ) ) ) ) ) ) ) |

## ORDER

On September 14, 2006, defendants filed a motion to dismiss plaintiffs' retaliation claim for failure to state a claim. (D.I. 76; the "Motion".) Plaintiffs filed a response to the Motion on September 29, 2006 (D.I. 77.) Both parties have submitted evidence beyond the pleadings in support of their positions on the Motion. Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the Motion is therefore to be treated as one for summary judgment and disposed of as provided in Rule 56.

IT IS HEREBY ORDERED that if either party has a position with respect to the Motion being treated as one for summary judgment, or wishes to submit additional evidence to supplement its filings, it should so advise the court on or before December 8, 2006.

_____
UNITED STATES DISTRICT JUDGE

November 22, 2006
Wilmington, Delaware