

RECEIVED

NOV 2 4 2006

SCI MAILROOM

1396 U.S. POSTAGE
7988 $00.390
6153

PB 2230370
NOV 27 06
19947

U.S.M.A.
X-RAY

RTS
RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☒ NO SUCH NUMBER / STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

A
C
S

Marvin Smith
SBI # 480584
SCI
P.O. Box 500
Georgetown, DE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED

NOV 2 9 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON, GILBERT WILLIAMS, )
JR., JEROME GREEN, JOSE SERPA, )
WILLIAM COLEMAN, MARVIN SMITH, )
DeSHAWN TATMAN, JEREL CUSTIN, )
and FRED NEWSOME, )
)
            Plaintiffs, )
)    Civil Action No. 06-53-KAJ
      v. )
)
HELEN LOHMAN, SCOTT MORGAN, )
TOM CARVAN, JAY PLUMMER, and JOE )
FIELDS, )
)
           Defendants. )

## ORDER

On September 14, 2006, defendants filed a motion to dismiss plaintiffs'

retaliation claim for failure to state a claim. (D.I. 76; the "Motion".) Plaintiffs filed a

response to the Motion on September 29, 2006 (D.I. 77.) Both parties have submitted

evidence beyond the pleadings in support of their positions on the Motion. Pursuant to

Rule 12 of the Federal Rules of Civil Procedure, the Motion is therefore to be treated as

one for summary judgment and disposed of as provided in Rule 56.

IT IS HEREBY ORDERED that if either party has a position with respect to the

Motion being treated as one for summary judgment, or wishes to submit additional

evidence to supplement its filings, it should so advise the court on or before December

8, 2006.

UNITED STATES DISTRICT JUDGE

November 22, 2006
Wilmington, Delaware