Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

06cv53 ***

DEC 22 2006

U.S.M.S. X-RAY
RG Scanned

Marvin Smith
SBI # 480584
SCI
P.O. Box 500
Georgetown, DE 19947

SCI MAILROOM
RECEIVED
DEC 19 2006

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ OTHER

RTS
RETURN TO SENDER

**Utility Events**
1:06-cv-00053-KAJ Wilson et al v. Lohman et al
PaperDocuments

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 12/15/2006 at 2:32 PM EST and filed on 12/15/2006
**Case Name:** Wilson et al v. Lohman et al
**Case Number:** 1:06-cv-53
**Filer:**
**Document Number:** 81

**Docket Text:**
[1:06-cv-53-***]: Please note that, in accordance with the attached standing order, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Pending assignment, the case has been referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. section 636(b). Please include ***, in place of the Judge's initials, after the case number on all documents filed. (rwc)

**1:06-cv-53 Notice has been electronically mailed to:**
Stacey Xarhoulakos stacey.xarhoulakos@state.de.us

**1:06-cv-53 Notice has been delivered by other means to:**

William Coleman
SBI # 150652
SCI
P.O. Box 500
Georgetown, DE 19947

Jerel Custin
SCI
P.O. Box 500
Georgetown, DE 19947

Jerome Green
SBI# 147772
SCI
P.O. Box 500
Georgetown, DE 19947

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:   JUDICIAL VACANCY

STANDING ORDER

At Wilmington this 15th day of December, 2006, in order to keep intact a docket for the judge who fills the vacancy left by the elevation of the Honorable Kent A. Jordan to the United States Court of Appeals for the Third Circuit;

IT IS ORDERED that, pending the investiture of said judge:

1. All civil cases previously assigned to Judge Jordan shall be reassigned to the vacant judicial position. But for cases filed under 28 U.S.C. §§ 158, 1334, 2254, and 2255, all such civil cases, and all such cases henceforth assigned to the vacant judicial position, shall be referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. § 636(b).

2. To the extent resources permit, the judges of the court shall endeavor to keep cases moving forward toward resolution, including resolution by trial.

_____
United States District Judge