In the United States District Court
for the District of Delaware

James A. Wilson et al
Plaintiffs,

v.

Helen Cohman, et, al.
Defendants

) Civ. No. 06-53-KAJ
)
)
)
)
)
)

FILED
MAR -2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiffs Request for Production of Documents

1. Administrative regulations governing inmate employments.
2. Expenditure from inmate commissary account and manner in which can be spent; and
3. Name of commissary vendors and bidding process.
4. All price increase items from the past five years.
5. Policies for selling out dated items
6. Inmates who sit on commissary committee.

2/28/07
James a. Wilson
D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977