In the United States District Court
for the District of Delaware

James A. Wilson et, al )
  Plaintiffs ) Civ. No. 06-53 KAJ
 )
v. )
 )
Helen Lohman, et, Al. )
  Defendants )

BD scanned

FILED
MAR -2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For The Appointment of Counsel

Plaintiff James A. Wilson, et al requests this court to appoint counsel to represent the plaintiffs in this case for the following reasons:

1. The plaintiff is unable to afford counsel.
2. The issues involved in this case are complex.
3. The plaintiff has extremely limited access to the law library.
4. The plaintiff has a limited knowledge of the law.
5. Other plaintiffs are in S.C.I. and plaintiff is in D.C.C.
6. The case will require discovery of documents and depositions of a number of witnesses.
7. This is a complex case because it contains several different legal claims, with each claim involving a different set of defendants

Date 2/28/07
James A. Wilson et, al
1181 D.C.C. Paddock Rd
Smyrna, De. 19977

I, James A. Wilson sent the following motion(s) to the following entitled: Productions of Documents/motion for counsel

U.S. District Court
Civ. No. 06-53-KAJ
844 N. King St. Lockbox 18
Wilm, De. 19801-3570

Stacey Xarhoulakos
Deputy Attorney General
820 N. French St,
6th Floor
Wilm, De. 19801

Placing in the U.S. mail on this 28th day of February 2007,

James A. Wilson

IM JAMES Wilson
SBI# 163463   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
01 MAR 2007 PM 2 L

U.S. District Court
844 N. King St. Lockbox 18
Wilm, De. 19801-3570

19801+3570