

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. WILSON, et al., | : | |
| Plaintiffs, | : | |
| v. | : | C. A. No. 06-53-*** |
| HELEN LOHMAN, SCOTT MORGAN, TOM CARVAN, JAY PLUMMER, and JOE FIELDS, | : | |
| Defendants. | : | |



## ORDER

At Wilmington, Delaware, this **23rd** day of **February, 2007**.

IT IS ORDERED that the status/scheduling teleconference with Judge Thynge scheduled for Monday, March 12, 2007 at 10:30 a.m. Eastern Time is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

**Other Orders/Judgments**
1:06-cv-00053-*** Wilson et al v. Lohman et al
PaperDocuments

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 2/23/2007 at 1:50 PM EST and filed on 2/23/2007
**Case Name:** Wilson et al v. Lohman et al
**Case Number:** 1:06-cv-53
**Filer:**
**Document Number:** 84

**Docket Text:**
ORDER The status/scheduling teleconference with Judge Thynge scheduled for 3/12/2007 at 10:30 AM is canceled. Signed by Judge Mary Pat Thynge on 2/23/2007. (cak)


**1:06-cv-53 Notice has been electronically mailed to:**
Stacey Xarhoulakos stacey.xarhoulakos@state.de.us

**1:06-cv-53 Notice has been delivered by other means to:**

William Coleman
SBI # 150652
SCI
P.O. Box 500
Georgetown, DE 19947

Jerel Custin
SCI
P.O. Box 500
Georgetown, DE 19947

Jerome Green
SBI# 147772
SCI
P.O. Box 500
Georgetown, DE 19947

Fred Newsome
SCI
P.O. Box 500
Georgetown, DE 19947

Jose Serpa
SBI# 350322
SCI
P.O. Box 500
Georgetown, DE 19947

Marvin Smith
SBI # 480584
SCI
P.O. Box 500
Georgetown, DE 19947

DeShawn Tatman
SBI# 253886
SCI
P.O. Box 500
Georgetown, DE 19947

Gilbert Williams, Jr
SBI # 137575
SCI
P.O. Box 500
Georgetown, DE 19947

James A. Wilson
SBI #163663
DCC
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/23/2007] [FileNumber=347870-0]
[979c10de7657fd2cacb1ed3a8360f79b976670de3ff36a0a1f2fa0bd52314193ea82
6110f879cce74767e267c155c79fb3de4d94ec72d753bae9ee6cd045c90f]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. WILSON, et al.,, | : |
| Plaintiffs, | : |
| v. | : C. A. No. 06-53-*** |
| HELEN LOHMAN, SCOTT MORGAN, TOM CARVAN, JAY PLUMMER, and JOE FIELDS, | : |
| Defendants. | : |



## ORDER

At Wilmington, Delaware, this **20th** day of **February, 2007**.

IT IS ORDERED that a status/scheduling teleconference with Judge Thynge has been scheduled for **Monday, March 12, 2007 at 10:30 a.m. Eastern Time. Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

```
MIME-Version:1.0
From:ded_nefreply@ded.uscourts.gov
To:ded_ecf@ded.uscourts.gov
Bcc:stacey.xarhoulakos@state.de.us, mpt_nef@ded.uscourts.gov,
vac_nef@ded.uscourts.gov
Message-Id:<345733@ded.uscourts.gov>
Subject:Activity in Case 1:06-cv-00053-*** Wilson et al v. Lohman et al Order
Setting Teleconference
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** **You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered on 2/20/2007 at 3:22 PM EST and filed on 2/20/2007
**Case Name:**    Wilson et al v. Lohman et al
**Case Number:**  1:06-cv-53
**Filer:**
**Document Number:** 83

**Docket Text:**
Order Setting Teleconference: Telephone Conference set for 3/12/2007 10:30 AM before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 2/20/2007. (cak)


**1:06-cv-53 Notice has been electronically mailed to:**
Stacey Xarhoulakos  stacey.xarhoulakos@state.de.us

**1:06-cv-53 Notice has been delivered by other means to:**

William Coleman
SBI # 150652
SCI
P.O. Box 500
Georgetown, DE 19947

Jerel Custin
SCI
P.O. Box 500
Georgetown, DE 19947

Jerome Green
SBI# 147772
SCI
P.O. Box 500

Georgetown, DE 19947

Fred Newsome
SCI
P.O. Box 500
Georgetown, DE 19947

Jose Serpa
SBI# 350322
SCI
P.O. Box 500
Georgetown, DE 19947

Marvin Smith
SBI # 480584
SCI
P.O. Box 500
Georgetown, DE 19947

DeShawn Tatman
SBI# 253886
SCI
P.O. Box 500
Georgetown, DE 19947

Gilbert Williams, Jr
SBI # 137575
SCI
P.O. Box 500
Georgetown, DE 19947

James A. Wilson
SBI #163663
DCC
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/20/2007] [FileNumber=345731-0]
[ce603132be25f71910037d2bc8979fd6c06597ff8c850e2881d9161f7f9ac981f443
e7b2feb66f4b67552e5bb6e3731df981ca8f0d9c49432ac468d04bdd6fae]]