IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES A. WILSON,            )
                            )
         Plaintiff,         )
                            )
    vs.                     )    C.A. No. 06-53-***
                            )
HELEN LOHMAN, et al.        )
                            )
         Defendants.        )

FILED
MAR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

REQUEST FOR ADMISSIONS

Pursuant to Rule 36, Federal Rules of Civil Procedure, plaintiff request that defendant Lohman make the following admissions within 30 days after the service of this request:

1.  Inmates not provide copy of expeditures from inmate commissary account.

2.  Commissary account with account with Keefe Company, not placed out for bid.

3.  You govern price increases in the inmate commissary account.

4.  Correctional staff access commissary located in merit building, and permit too take products minus paying for same.

5.  Keys too commissary located in merit building, kept in merit building.

6.  All commissary products placed out for bid.

7.  Inmate commissary account utilized to pay for non-commissary services.

8.  Recreation department can utilize inmate commissary account too cover cost of non-recreational items.

9. Purchases of recreational supplies not placed out for bid.

10. Funding for non-inmate activities paid out inmate commissary funds.

11. Renovaction projects paid out of inmate commissary commissary account.

12. Commissary officers, permitted to purchase from vendors, minus place out for bid.

13. Prices for commissary items, determined by yourself.

14. Prices for commissary products, detemined by commissary officers.

15. Inmate commissary workers, wages paid from inmate commissary account.

16. Other inmate workers wages, not paid from inmate commissary account.

17. Products purchased for inmate commissary, purchased with health concerns.

18. Inmates suffering with varius medical problems, can purchase special products according to medical need.

19. Plaintiff, has constantly requested copy of bidding procedure for commissary items.

20. Other inmates have requested copy of bidding procedure for inmate commissary.

*James A. Wilson*
James A. Wilson
1181 Paddock Road - DCC
Smyrna, DE 19977

DATE: March 28, 2007

CERTIFICATE OF SERVICE

I HEREBY CERTIFY copy of aforemention was furnished Storey Xarhoulakos, Deputy Attorney General, Department of Justice, Carvel State Office Building, 820 N. French St., Wilm, DE. This 28th day of March 2007, with sufficient postage affixed thereto.

U.S District Court
844 N. King st.
Lockbox 18
Wilm, DE. 19801-3570

_____
JAMES A. WILSON